IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BERNARD C. MCCORMICK,

      Appellant,

v.

      Case No.  5D22-2081
      LT Case No. 2012-034158-CFAES

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed December 6, 2022

3.800 Appeal from the Circuit Court
for Volusia County,
Leah R. Case, Judge.

Bernard C. Mccormick, Milton, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.